UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
YURI COUTO,

               Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

               Defendant.

---------------------------------------------------------------- X

Case No. 2:23-CV-10085-KPF

Hon. Katherine Polk Failla

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kate E. Fisch, of Steptoe LLP, certifies that she is admitted to practice in this Court, and respectfully enters her appearance as counsel for defendant American Express National Bank, erroneously served as American Express Company, in the above-captioned action.

Dated:  December 14, 2023

**STEPTOE LLP**

By:   */s/ Kate E. Fisch*
      Kate E. Fisch
      1114 Avenue of the Americas
      New York, New York 10036
      Tel: (212) 506-3900
      Fax: (212) 506-3950
      Email: KFisch@steptoe.com
             docketing@steptoe.com

*Attorneys for Defendant*
*American Express National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Kate E. Fisch*
Kate E. Fisch