# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI COUTO, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY, <br><br> Defendant. | Case No. 2:23-CV-10085-KPF <br><br> Hon. Katherine Polk Failla <br><br> **Related Docket Nos. 7-1 and 7-2** |

## NOTICE OF WITHDRAWAL OF DOCUMENTS FILED IN ERROR

PLEASE TAKE NOTICE that Docket Nos. 7-1 and 7-2, *Defendant's Supplemental Proof of Service* and *Exhibit A*, were incorrectly filed and are hereby withdrawn.

Dated: December 14, 2023  
New York, New York

**STEPTOE LLP**

By: */s/ Kate E. Fisch*  
Kate E. Fisch  
1114 Avenue of the Americas  
New York, New York 10036  
Tel: (212) 506-3900  
Fax: (212) 506-3950  
Email: KFisch@steptoe.com  
docketing@steptoe.com

*Attorneys for Defendant*  
*American Express National Bank*

1