UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

YURI COUTO,

an individual,

      -against-

AMERICAN EXPRESS COMPANY,
a New York corporation.

**MEMO ENDORSED**

Case 1:23-CV-10085-KPF

## Motion for Default Judgment

Plaintiff hereby moves before the Honorable Judge Failla of United States District Court for the Southern District of New York, for entry of Defendant's Default and Default Judgment granting Plaintiff's relief or that relief which the honorable Judge finds, in her wisdom, to be equitable and just given the facts of law and circumstances at hand, pursuant to the supplemental Memorandum Affidavit in Support of Plaintiff's Motion for Default Judgment.

Respectfully submitted,

    /s/ Couto, Yuri-Jacintho, agent and bene. without prejudice Date: January 21, 2024
    YURI J COUTO, Principal
    c/o 9302 N 28th St
    Tampa, Florida [33612]
    Hillsborough County
    813-846-2395
    Yuric96@yahoo.ca

## CERTIFICATE OF SERVICE AND NOTICE OF SETTLEMENT AMOUNT

I declare under penalty of perjury under the laws of the United States of America that this document has been served upon the Defendant as required by the FRCP. Service to Defendant is made by court e-noticing and mailing of motion documents to Defendant's address (200 Vesey St, New York, New York 10285).

| 1/21/2024 | /s/ Couto, Yuri-Jacintho, Agent without prejudice |
|---|---|
| Dated | Plaintiff's Signature |

> YURI J COUTO
> c/o 9302 N 28th St, Tampa, Florida [33612], Hillsborough County
> 813-846-2395
> Yuric96@yahoo.ca

```
Application DENIED.  Plaintiff has not obtained a certificate of default from
the Clerk of Court's office, as is required by the Court's Individual Rules and
Local Civil Rule 55.2(b).  Nor could Plaintiff obtain such a certificate, as
Defendant has appeared in this action and filed a pre-motion letter seeking
leave to file a motion to dismiss this action.  (Dkt. #11).

Plaintiff is reminded that the Court has scheduled a telephonic pre-motion
conference on March 5, 2024, and ordered Plaintiff to file a response to
Defendant's pre-motion letter, not to exceed three pages, on or before
February 29, 2024. (Dkt. #12).

The Clerk of Court is directed to terminate the pending motion at docket
entry 13, and to mail a copy of this endorsement to Plaintiff at his address of
record.
```

Dated: January 23, 2024
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE