UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

YURI COUTO,

an individual,

     -against-

AMERICAN EXPRESS COMPANY,
a New York corporation.

**MEMO ENDORSED**

Case 1:23-CV-10085-KPF

### Letter to Dismiss

To the Honorable Judge Failla of United States District Court for the Southern District of New York,

 I would like to inform the Court of the Plaintiff's early resolution of this claim. At the Court's Order, this matter may be dismissed in its entirety despite Plaintiff's pleadings. All matters have been resolved and Plaintiff would like to excuse the Defendants and Court from the necessity of further prosecution. Defendant has been notified of this Letter to Dismiss.

Submitted With deep Respect,

Yuri Couto

    /s/ Couto, Yuri-Jacintho, agent and bene. without prejudice  Date: January 30, 2024
    YURI J COUTO, Principal
    c/o 9302 N 28th St
    Tampa, Florida [33612]
    Hillsborough County
    813-846-2395

Application GRANTED.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.  The Clerk of Court is further directed to mail a copy of this endorsement to Plaintiff at his address of record.

Dated:  February 1, 2024
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE